IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| METX, LLC, SALEEM ASSAF, ROGER GARCIA, SCOTT SIMPSON, DEBORAH TAYLOR, AND LARRY TAYLOR § § § § PLAINTIFFS, § § VS. § § WAL-MART STORES TEXAS, LLC AND § WAL-MART STORES, INC. § § DEFENDANTS. | | CASE NO. 2:13-CV-547 |

## ORDER GRANTING STIPULATION OF DISMISSAL

**WHEREAS** the Parties jointly filed a Stipulation of Dismissal (Doc. 78) pursuant to Fed.R.Civ.P. 41(a)(1), the Court hereby **ORDERS** that this case be **DISMISSED** with prejudice to refilling of same.

All costs shall be borne by the parties incurring same.

**SO ORDERED.**

**SIGNED this 12th day of November, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE